PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Heriberto Nieves-Alonzo                     Cr.: 08-00511-001
                                                              PACTS #: 48920

Name of Sentencing Judicial Officer:  Honorable Faith S. Hochberg

Date of Original Sentence: 07/09/01

Original Offense: Conspiracy to Distribute Narcotics

Original Sentence: 120 months incarceration

Date of First Violation Sentence: 12/03/08

First Violation Offense: Drug Use

Violation Sentence: 7 months imprisonment; two-year-term of supervised release

Type of Supervision: Supervised Release                       Date Supervision Commenced: 07/01/09

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On January 13, 2010, the offender was arrested by the Elizabeth Police Department for Possession of CDS (suboxone), Possession with Intent to Distribute, and Possession with Intent to Distribute within 1,000 feet of a school. These charges are pending in New Jersey Superior Court, Union County, and the next Court date is scheduled for March 11, 2010. |

U.S. Probation Officer Action:

We recommend withholding Court action until disposition of the pending charges. We will advise the Court if circumstances change, or if immediate action is necessary.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 2/18/10

*If Your Honor agrees with withholding court action, please sign this petition. If the Court orders alternative action, please sign the petition and check off the appropriate box, as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

2/19/10
Date