PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Heriberto Nieves-Alonzo    Cr.: 08-00511-001
                                             PACTS #: 48920

Name of Sentencing Judicial Officer:  Honorable Faith S. Hochberg

Date of Original Sentence: 07/09/01

Original Offense: Conspiracy to Distribute Narcotics

Original Sentence: 120 months incarceration, 7 years supervised release

Date of Violation Sentence: 12/03/08

Violation Offense: Drug Use

Violation Sentence: Original term of supervised release revoked; 7 months imprisonment; two-year-term of supervised release

Type of Supervision: Supervised Release         Date Supervision Commenced: 07/01/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On March 24., 2010, the offender was arrested by the Elizabeth Police Department for Possession of CDS (suboxone), Possession with Intent to Distribute, and Possession with Intent to Distribute within 1,000 feet of a school. These charges are pending in New Jersey Superior Court, Union County. |

U.S. Probation Officer Action:

We recommend withholding Court action until disposition of the pending charges. We will advise the Court if circumstances change, or if immediate action is necessary.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date:  5/12/10

*If Your Honor agrees with withholding court action, please sign this petition. If the Court orders alternative action, please sign the petition and check off the appropriate box, as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

The Defendant will appear for a violation hearing on a date and time to be set by the Court once all pending State charges are resolved.

Signature of Judicial Officer

5/17/2010
Date